USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

PANAMAX BULK AS,                          :

          Plaintiff,                      :        08 Civ. 8601 (JSR)

                                          :
     -v-                                  :        ORDER

                                          :
DAMPSKIBSSELSKABET NORDEN AS,             :

                                          :
          Defendant.                      :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

          By Order dated November 12, 2009, the Court stayed that

portion of its October 19, 2009 Order and Judgment as would permit the

release of certain funds being held in the Court Registry Investment

System ("CRIS"). This limited stay was to allow for full briefing of

plaintiff's motion for reconsideration. That briefing has now been

completed. Plaintiff's primary argument is that the case is not

controlled by the Second Circuit's recent decision in The Shipping

Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd., No. 08-3477 (2d

Cir. Oct. 16, 2009) ("Jaldhi"), because the funds in the CRIS account

did not originate from an electronic fund transfer ("EFT"). But it is

patent that the funds at issue were paid into the CRIS account in

order to obtain the release of approximately $9.5 million in attached

EFTs -- EFTs that in effect should not have been attached because, as

the Second Circuit has now ruled, Jaldhi is retroactive. Hawknet,

Ltd. v. Overseas Shipping Agencies, No. 09-2128 (2d Cir. Nov. 13,

2009). Thus, since deposit of the CRIS funds was the direct result of

the attachment of the EFTs and would not otherwise have occurred, and
since it is now clear that the Court lacked jurisdiction to attach the
EFTs, the CRIS deposit that was essentially made on the basis of that
error should now be released.

Accordingly, the Court hereby denies the motion for
reconsideration and lifts its limited stay of the October 19 Order and
Judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        November 17, 2009

2