```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
PANAMAX BULK AS,                         :
                                         :
              Plaintiff,                 :    08 Civ. 8601 (JSR)
                                         :
         -v-                             :    ORDER
                                         :
DAMPSKIBSSELSKABET NORDEN AS,            :
                                         :
              Defendant.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

At the in-court conference held yesterday, plaintiff's counsel informed the Court that the underlying arbitration has concluded and that plaintiff intends to withdraw its appeal in this case. See tr. 03/31/10. Plaintiff therefore consented, in open court, to the immediate release to the defendant of the funds deposited in the CRIS account. The Clerk of the Court is therefore ordered to release such funds to defendant's counsel.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 1, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-10
```